UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-2 |
| Plaintiff, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| ERIC LEE HALFADAY, | |
| Defendant. | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for an initial appearance and arraignment on February 13, 2024 on an Information charging him with assault by strangulation.

Defense counsel advised the Court that Defendant has pending charges in Delta and Menominee Counties and if this Court were to release him, he would be returned to custody in one of those jurisdictions. Defendant reserved the detention issue and retained the right to request a hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: February 13, 2024          /s/ *Maarten Vermaat*
                                  MAARTEN VERMAAT
                                  U.S. MAGISTRATE JUDGE